AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PAIGE C.,

*Plaintiff*

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

*Defendant*

Civil Action No. 2:22-cv-00246-MKD

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2023

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The parties' Stipulated Motion for Remand, ECF No. 24, is GRANTED.
The above-captioned case be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment shall be entered for PLAINTIFF.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Mary K. Dimke   on a motion for remand

Date: 6/13/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz